

1  FRED M. PLEVIN (SBN 126185)
   SANDRA L. MCDONOUGH (SBN 193308)
2  ALBERT R. LIMBERG (SBN 211110)
   **PAUL, PLEVIN, SULLIVAN &**
3  **CONNAUGHTON** LLP
   401 B Street, Tenth Floor
4  San Diego, California  92101-4232
   Telephone: 619-237-5200
5  Facsimile: 619-615-0700

6  AMY S. GONZALEZ (SBN 181745)
   **SAN DIEGO COUNTY REGIONAL AIRPORT**
7  **AUTHORITY**
   3225 N. Harbor Drive
8  San Diego, CA 92138
   Telephone:  (619) 400-2425
9  Facsimile: (619) 400-2428

10
   Attorneys for Defendant
11 SAN DIEGO COUNTY REGIONAL AIRPORT
   AUTHORITY
12

13              UNITED STATES DISTRICT COURT

14             SOUTHERN DISTRICT OF CALIFORNIA

15 JOSE HERNANDEZ,                    CASE NO.

16        Plaintiff,                  **NOTICE OF REMOVAL OF ACTION:**
                                      **UNDER 28 U.S.C. § 1442(B)**
17     v.                            **(FEDERAL QUESTION)**

18 SAN DIEGO COUNTY
   REGIONAL AIRPORT
19 AUTHORITY, a public entity; and
   DOES 1 through 12, inclusive,
20                                    '08 CV 0184 L  CAB
        Defendants.
21

22 ///

23 ///

24 ///

25

26

27

28

PAUL, PLEVIN,
SULLIVAN &          NOTICE OF REMOVAL                    1
CONNAUGHTON LLP

1    TO THE CLERK OF THE ABOVE-ENTITLED COURT:

2         PLEASE TAKE NOTICE that defendant San Diego County Regional

3    Airport Authority ("the Authority") hereby removes the above-referenced case

4    from the Superior Court of the State of California, County of San Diego, to the

5    United States District Court for the Southern District of California.  The state court

6    action is a civil action that this Court has original jurisdiction to decide under

7    28 U.S.C. section 1331 (federal question jurisdiction) and is one that may be

8    removed to this Court by the Authority pursuant to 28 U.S.C. section 1441.  The

9    specific basis for removal of this action is as follows:

10         1.    On September 1, 2006, Plaintiff Jose Hernandez ("Plaintiff") filed an

11   action in the Superior Court of the State of California, County of San Diego,

12   Central Division, entitled *Jose Hernandez v. San Diego Regional Airport Authority*

13   *and Does 1 through 12, Inclusive*, as Case Number GIC 871979.

14         2.    On September 5, 2006, the Authority was served with a copy of the

15   complaint for damages, a summons from the state court, a notice of case

16   assignment, and alternative dispute resolution process information.  A true and

17   correct copy of the complaint is attached hereto as Exhibit 4.  This original

18   complaint asserted causes of action based only on California state law.

19         3.    On October 5, 2006, the Authority filed a demurrer and motion to

20   strike portions of the complaint.  True and correct copies of the moving papers are

21   attached hereto as Exhibits 5-8.  Before the matter could be heard, Plaintiff filed a

22   First Amended Complaint ("FAC") and served the FAC on December 11, 2006.

23   The FAC asserted causes of action based only on California state law.  A true and

24   correct copy of the FAC is attached hereto as Exhibit 11.

25         4.    On January 10, 2007, the Authority filed a demurrer and motion to

26   strike portions of Plaintiff's FAC.  True and correct copies of the moving papers

27   are attached hereto as Exhibits 14-18.  In lieu of ruling on the merits of the

28   Authority's demurrer and motion to strike, the Court deemed Plaintiff's Second

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

NOTICE OF REMOVAL                          2

1    Amended Complaint ("SAC") (submitted and served with Plaintiff's Opposition to

2    the Authority's moving papers), filed.  True and correct copies of Plaintiff's

3    moving papers and the SAC are attached hereto as Exhibits 19-21.  The SAC

4    asserted causes of action based only on California state law.

5        5.    On April 19, 2007, the Authority filed a demurrer and motion to strike

6    portions of Plaintiff's SAC.  True and correct copies of the moving papers are

7    attached hereto as Exhibits 24-28.  The Authority's demurrer and motion to strike

8    were overruled, and the Authority filed its answer to the SAC on May 29, 2007.  A

9    true and correct copy of the Authority's answer to the SAC is attached hereto as

10   Exhibit 37.

11       6.    On August 31, 2007, the Authority filed its motion for summary

12   judgment or, in the alternative, summary adjudication as to the SAC.  True and

13   correct copies of the moving papers are attached hereto as Exhibits 38-55.

14       7.    On December 14, 2007, the Court granted the Authority's motion for

15   summary adjudication as to the only cause of action in the SAC but granted

16   Plaintiff leave to file a Third Amended Complaint ("TAC").

17       8.    Plaintiff served the Authority with the TAC on December 28, 2007,

18   via United States Postal Mail, naming the San Diego Regional Airport Authority

19   and Thella Bowens, individually, as defendants and asserting for the first time

20   claims arising under federal law, in particular, 42 U.S.C. section 1983.  A true and

21   correct copy of Plaintiff's TAC is attached hereto as Exhibit 95.  The Authority

22   received the TAC on December 31, 2007.

23       9.    The Authority filed an answer to the TAC on January 29, 2008.  A

24   true and correct copy of the answer is attached hereto as Exhibit 96.

25       10.   Pursuant to 28 U.S.C. section 1446(a), all process, pleadings, and

26   orders served on the Authority are attached hereto and described in the

27   accompanying Index of Exhibits.

28   ///

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

NOTICE OF REMOVAL                                3

1       11.  This action is a civil action that this Court has original jurisdiction to

2  decide under 28 U.S.C. section 1331, and is one which may be removed to this

3  Court by the Authority pursuant to the provisions of 28 U.S.C. section 1441(b)

4  because, as alleged in the TAC, Plaintiff's sole cause of action arises under 42

5  U.S.C. section 1983:

6         This action arises under 42 U.S.C. section 1983, which
   provides that every "person" who, under color of any

7         statute ordinance, regulation, custom, or usage of any
   State subjects, or "causes to be subjected," any person to

8         the deprivation of any federally protected rights,
   privileges, or immunities shall be civilly liable to the

9         injured party; and the federal Constitution due process
   clause of the Fourteenth Amendment; and violations of

10        the provisions of the California Constitution, Article I,
   section 7, subdivisions (a) and (b), Article I section 26,

11        et. seq., including, but not limited to violation of the
   Plaintiff's due process liberty interest by failing to

12        provide him with a timely hearing and denial of the equal
   protection of the laws.  (TAC ¶ 1)

13

14      12.  Defendant Thella Bowens has not yet been served with the TAC.

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

NOTICE OF REMOVAL               4

13.   On January 30, 2008, a copy of this notice is being served on Plaintiff and is being filed with the Clerk of the Superior Court for the State of California for the County of San Diego.

Dated:  January 30, 2008

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By:
FRED M. PLEVIN
SANDRA L. MCDONOUGH
ALBERT R. LIMBERG
Attorneys for Defendant
SAN DIEGO COUNTY
REGIONAL AIRPORT
AUTHORITY

1

Index of Exhibits

2

| Description | Exh | Pages |
|---|---|---|
| Complaint / Claim | 1 | 6-38 |
| Summary Of Complaint & Causes Of Action | 2 | 39-44 |
| Summons; Civil Case Cover Sheet; Notice Of Case Assignment; ADR Package | 3 | 45-50 |
| Complaint | 4 | 51-82 |
| Notice Of Hearing On Demurrer And Demurrer To Plaintiff's Complaint | 5 | 83-86 |
| Notice Of Motion And Motion To Strike Plaintiff's Complaint | 6 | 87-120 |
| Defendant San Diego County Regional Airport Authority's Demurrer To Plaintiff's Complaint | 7 | 121-124 |
| Memorandum Of Points And Authorities In Support Of Defendant San Diego County Regional Airport Authority's Demurrer And/Or Motion To Strike | 8 | 125-144 |
| Plaintiff's Opposition To Defendant San Diego County Regional Airport Authority's Demurrer And/Or Motion To Strike | 9 | 145-159 |
| Plaintiff's Opposition To Defendant San Diego County Regional Airport Authority's Motion To Strike | 10 | 160-162 |
| First Amended Complaint | 11 | 163-194 |
| Notice Of Case Management Conference (4/20/07) | 12 | 195 |
| Notice Of Case Management Conference | 13 | 196 |
| Notice Of Motion And Motion To Strike Plaintiff's First Amended Complaint | 14 | 197-232 |
| Notice Of Hearing On Demurrer And Demurrer To Plaintiff's First Amended Complaint | 15 | 233-235 |
| Defendant San Diego County Regional Airport Authority's Demurrer To Plaintiff's First Amended Complaint | 16 | 236-239 |
| Memorandum Of Points And Authorities In Support Of Defendant San Diego County Regional Airport Authority's Demurrer To Plaintiff's First Amended Complaint And/Or Motion To Strike | 17 | 240-260 |
| Proof Of Service By Mail | 18 | 261 |
| Plaintiff's Opposition To Defendant San Diego County Regional Airport Authority's Demurrer And/Or Motion To Strike | 19 | 262-274 |

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

INDEX OF EXHIBITS

5-A

| | | |
|---|---|---|
| Plaintiff's Opposition To Defendant San Diego County Regional Airport Authority's Motion To Strike | 20 | 275-277 |
| Second Amended Complaint | 21 | 278-305 |
| Reply Brief In Support Of Defendant San Diego County Regional Airport Authority's Demurrer To Plaintiff's First Amended Complaint And/Or Motion To Strike | 22 | 306-314 |
| Case Management Statement | 23 | 315-319 |
| Notice Of Motion And Motion To Strike Plaintiff's Second Amended Complaint | 24 | 320-345 |
| Memorandun Of Points And Authorities In Support Of Defendant San Diego County Regional Airport Authority's Demurrer And Motion To Strike Plaintiff's Second Amended Complaint | 25 | 346-353 |
| Notice Of Hearing On Demurrer And Demurrer To Plaintiff's Second Amended Complaint | 26 | 354-355 |
| Defendant San Diego County Regional Airport Authority's Demurrer To Plaintiff's Second Amended Complaint | 27 | 356-357 |
| Proof Of Service For #'S 24-27 | 28 | 358-359 |
| Notice Of Rescheduled Hearing | 29 | 360-362 |
| Plaintiff's Opposition To Defendant San Diego County Regional Airport Authority's Demurrer And / Or Motion To Strike Plaintiff's Second Amended Complaint | 30 | 363-376 |
| Notice Of Rescheduled Hearing | 31 | 377-379 |
| Reply Brief In Support Of Defendant San Diego County Regional Airport Authority's Demurrer To Plaintiff's Second Amended Complaint And/Or Motion To Strike | 32 | 380-387 |
| Tentative Rulings | 33 | 388 |
| Disclosure By Judge Richard E. L. Strauss With Regard To The Participation Of The Law Firm Of Luce, Forward, Hamilton, & Scripps In This Case | 34 | 389-390 |
| Notice Of Hearing (Trial Readiness Conference: 12/21/07) | 35 | 391-393 |
| Notice Of Hearing (Civil Jury Trial: 1/4/08) | 36 | 394-396 |
| Defendant San Diego County Regionlal Airport Authority's Answer To Plaintiff's Second Amended Complaint | 37 | 397-400 |
| Defendant San Diego County Regional Airport Authority's Notice Of Motion And Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 38 | 401-409 |

| | | | |
|---|---|---|---|
| 1 | Defendant San Diego County Regional Airport Authority's Memorandum Of Points And Authorities In Support Of Its Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 39 | 410-432 |
| 2 | | | |
| 3 | | | |
| 4 | Defendant San Diego County Regional Airport Authority's Separate Statement Of Undisputed Material Facts In Support Of Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 40 | 433-450 |
| 5 | | | |
| 6 | Declaration Of Thella F. Bowens In Support Of Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 41 | 451-456 |
| 7 | | | |
| 8 | Declaration Of Mark Burchyett In Support Of Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 42 | 457-459 |
| 9 | | | |
| 10 | | | |
| 11 | Declaration Of Bryan Enarson In Support Of Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 43 | 460-464 |
| 12 | | | |
| 13 | Declaration Of John Gamberzky In Support Of Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 44 | 465-467 |
| 14 | | | |
| 15 | | | |
| 16 | Declaration Of Troy Ann Leech In Support Of Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 45 | 468-470 |
| 17 | | | |
| 18 | Declaration Of Sandra L. Mcdonough In Support Of Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 46 | 471-475 |
| 19 | | | |
| 20 | Declaration Of Jim Prentice In Support Of Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 47 | 476-478 |
| 21 | | | |
| 22 | | | |
| 23 | Declaration Of Tony Russell In Support Of Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 48 | 479-481 |
| 24 | | | |
| 25 | Declaration Of Theodore Sexton In Support Of Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 49 | 482-485 |
| 26 | | | |
| 27 | | | |
| 28 | | | |

INDEX OF EXHIBITS                    5-C

| 1 | Declaration Of Edward Patrick Swan, Jr. In Support Of Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 50 | 486-490 |
| 4 | Declaration Of Jeffrey Woodson In Support Of Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 51 | 491-493 |
| 6 | Defendant San Diego County Regional Airport Authority's Notice Of Lodgment Of Non-California Authorities In Support Of Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 52 | 494-608 |
| 8 | Defendant San Diego County Regional Airport Authority's Notice Of Lodgment Of Exhibits In Support Of Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 53 | 609-611 & 611(1)-611(843) |
| 11 | Defendant San Diego County Regional Airport Authority's Notice Of Errata In Support Of Its Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 54 | 612-616 |
| 13 | Defendant San Diego County Regional Airport Authority's Amended Separate Statement Of Undisputed Material Facts In Support Of Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 55 | 617-634 |
| 15 | Plaintiff Jose Hernandez' Memorandum Of Points And Authorities In Opposition To Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 56 | 635-660 |
| 17 | Plaintiff Jose Hernandez' Opposition To Defendant San Diego County Regional Airport Authority's Amended Separate Statement Of Undisputed Material Facts In Support Of Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 57 | 661-687 |
| 20 | Plaintiff Jose Hernandez' Separate Statement Of Additional Undisputed Facts In Opposition To Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 58 | 688-742 |
| 23 | Declaration Of Plaintiff Jose Hernandez In Opposition To Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 59 | 743-748 |
| 25 | Declaration Of Mike Parrish In Opposition To Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 60 | 749-750 |

26

27

28

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

INDEX OF EXHIBITS

| | | |
|---|---|---|
| Declaration Of Cathryn Chinn In Opposition To Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 61 | 751-752 |
| Declaration Of Janet Nix In Opposition To Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 62 | 753-756 |
| Plaintiff Jose Hernandez' Notice Of Lodgment In Opposition To Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 63 | 757-765 |
| Plaintiff Jose Hernandez' Compendium Of Federal Cases In Opposition To Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 64 | 766-799 |
| Plaintiff Jose Hernandez' Written Objections To Evidence In Opposition To Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 65 | 800-808 |
| Order On Plaintiff Jose Hernandez' Written Objections To Evidence In Opposition To Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 66 | 809-819 |
| Plaintiff's Association Of Counsel | 67 | 820-821 |
| Defendant San Diego County Regional Airport Authority's Reply Memorandum Of Points And Authorities In Support Of Its Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 68 | 822-836 |
| Defendant San Diego County Regional Airport Authority's Opposition To Plaintiff's Separate Statement Of Additional Undisputed Material Facts In Support Of Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 69 | 837-910 |
| Defendant San Diego County Regional Airport Authority's Concordance In Support Of Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 70 | 911-944 |
| Defendant San Diego County Regional Airport Authority's Objection To Evidence Submitted By Plaintiff In Opposition To Defendant's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 71 | 945-962 |
| Defendant San Diego County Regional Airport Authority's Response To Plaintiff Jose Hernandez' Written Objections To Evidence In Opposition To Defendant's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 72 | 963-978 |

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

INDEX OF EXHIBITS                    5-E

| | | |
|---|---|---|
| Defendant San Diego County Regional Airport Authority's Notice Of Lodgment Of Non-California Authorities In Support Of Its Reply To The Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 73 | 979-1063 |
| Tentative Ruling On MSJ | 74 | 1064 |
| Notice Of Rescheduled Hearing | 75 | 1065-1067 |
| Notice Of Motion And Motion For Protective Order | 76 | 1068-1071 |
| Memorandum Of Points And Authorities In Support Of Motion For Protective Order | 77 | 1072-1076 |
| Declaration Of Edward Patrick Swan, Jr. In Support Of Motion For Protective Order | 78 | 1077-1078 |
| Declaration Of Lawrence J. Kouns In Support Of Motion For Protective Order | 79 | 1079-1081 |
| Notice Of Lodgment Re Motion For Protective Order | 80 | 1082-1097 |
| [Proposed] Order Granting Motion For Protective Order | 81 | 1098 |
| Defendant San Diego County Regional Airport Authority's Supplemental Brief Regarding Government Code Section 821.6 In Support Of Its Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 82 | 1099-1109 |
| Plaintiff Jose Hernandez' Supplemental Memorandum Of Points And Authorities In Opposition To Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 83 | 1110-1120 |
| Plaintiff Jose Hernandez' Compendium Of Foreign Authority In Opposition To Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 84 | 1121-1196 |
| Plaintiff Jose Hernandez' Memorandum Of Points And Authorities In Opposition To Third Party Edward P. Swan, Jr.'S Motion For Protective Order | 85 | 1197-1206 |
| Plaintiff Jose Hernandez' Notice Of Lodgment In Opposition To Third Party Edward P. Swan, Jr.'S Motion For Protective Order | 86 | 1207-1243 |
| Notice Of Jury Fee Deposit | 87 | 1244 |
| Notice Of Jury Fee Deposit | 88 | 1245 |

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

INDEX OF EXHIBITS                    5-F

| | | |
|---|---|---|
| Declaration Of Cathryn Chinn In Opposition To Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 89 | 1246-1247 |
| Defendant San Diego County Regional Airport Authority's Reply In Support Of Its Supplemental Brief Regarding Government Code Section 821.6 In Support Of Its Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 90 | 1248-1260 |
| Plaintiff Jose Hernandez' Objection To Defendant's Supplemental Brief Re Government Code § 821.6 In Support Of Its Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 91 | 1261-1264 |
| Notice Of Newly Published Case In Support Of Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment | 92 | 1265-1272 |
| Reply Memorandum Of Points And Authorities In Support Of Motion For Protective Order | 93 | 1273-1283 |
| Tentative Ruling | 94 | 1284 |
| Third Amended Complaint | 95 | 1285-1316 |
| Defendant San Diego County Regional Airport Authority's Answer to Plaintiff's third Amended Complaint | 96 | 1317 |

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

INDEX OF EXHIBITS

5-G

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I. (a) PLAINTIFFS**
Jose Hernandez

**DEFENDANTS**
San Diego County Regional Airport
Authority
and
Thella Bowens

JAN 30 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

'08 CV 0184 L CAB

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  San Diego
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Cathryn Chinn
1901 First Avenue, Suite 400
San Diego, CA 92101
619-294-9183

ATTORNEYS (IF KNOWN)
Albert R. Limberg (SBN 211110)
Paul, Plevin, Sullivan & Connaughton
401 B Street, Tenth Floor
San Diego, CA  92101
619-237-5200

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business in This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)  Plaintiff filed an action arising under 42 U.S.C. section 1983, and defendant San Diego County Regional Airport Authority is removing this action to Federal Court.

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reappointment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury - Medical Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 316 Airplane Product Liability | [ ] 366 Personal Injury - Product Liability | [ ] 625 Drug Related Seizure of | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | Property 21 USC 881 | **PROPERTY RIGHTS** | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | [ ] 630 Liquor Laws | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | **PERSONAL PROPERTY** | [ ] 640 R.R. & Truck | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 650 Airline Regs. | [ ] 840 Trademark | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 660 Occupational Safety/Health | **SOCIAL SECURITY** | [ ] 850 Securities/Commodities/Exchange |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | [ ] 690 Other | [ ] 861 HIA (1395ff) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | **LABOR** | [ ] 862 Black Lung (923) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability | | | [ ] 710 Fair Labor Standards Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 720 Labor/Mgmt. Relations | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motion to Vacate - Sentence | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 865 RSI (405(g)) | [ ] 894 Energy Allocation Act |
| [ ] 220 Foreclosure | [X] 442 Employment | **HABEAS CORPUS:** | [ ] 740 Railway Labor Act | **FEDERAL TAX SUITS** | [ ] 896 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General | [ ] 790 Other Labor Litigation | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 871 IRS - Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights | [ ] 540 Mandamus & Other | | | [ ] 890 Other Statutory Actions |
| [ ] 290 All Other Real Property | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Conditions | | | |

**VI. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- [ ] 1 Original Proceeding
- [X] 2 Removal from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] YES [X] NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____   Docket Number _____

DATE  January 30, 2008

SIGNATURE OF ATTORNEY OF RECORD

PAID $350 - 1/30/08 BY RCPT #146995

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

# UNITED STATES
# DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

## # 146995    — BH

## January 30, 2008
## 09:43:06

## Civ Fil Non-Pris

USAO #.: 08CV0184 CIVIL FILING
Judge..: M. JAMES LORENZ
Amount.:                    $350.00 CK
Check#.: BC# 27429

## Total—>  $350.00

FROM: HERNANDEZ V. SAN DIEGO CO.
      REGIONAL AIRPORT AUTH.
      CIVIL FILING

1 | FRED M. PLEVIN (SBN 126185)
SANDRA L. MCDONOUGH (SBN 193308)
2 | ALBERT R. LIMBERG (SBN 211110)
**PAUL, PLEVIN, SULLIVAN &**
3 | **CONNAUGHTON** LLP
401 B Street, Tenth Floor
4 | San Diego, California  92101-4232
Telephone: 619-237-5200
5 | Facsimile: 619-615-0700

FILED

08 JAN 30 PM 1:59

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

6 | AMY S. GONZALEZ (SBN 181743)
**SAN DIEGO COUNTY REGIONAL AIRPORT**
7 | **AUTHORITY**
3225 N. Harbor Drive
8 | San Diego, CA 92138
Telephone:  (619) 400-2425
9 | Facsimile: (619) 400-2428

DEPUTY

10

11 | Attorneys for Defendant
SAN DIEGO COUNTY REGIONAL AIRPORT
AUTHORITY

12

13

UNITED STATES DISTRICT COURT

14

SOUTHERN DISTRICT OF CALIFORNIA

15

16 | JOSE HERNANDEZ,                                    CASE NO.

Plaintiff,                          **PROOF OF PERSONAL SERVICE**

17

v.

18

SAN DIEGO COUNTY
19 | REGIONAL AIRPORT
AUTHORITY, a public entity; and          '08 CV 0184 L CAB
20 | DOES 1 through 12, inclusive,

21 | Defendants.

22

23

24

25

26

27

28

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP | PROOF OF PERSONAL SERVICE

1    I, the undersigned, certify and declare that I am a citizen of the United

2    States, over the age of eighteen, employed in the County of San Diego, State of

3    California, and not a party to the within-entitled action.  My business address is

4    P.O. Box 3969, San Diego, CA 92163.

5        On January 30, 2008, I served a true copy of the within:

6    •    **CIVIL CASE COVER SHEET;**

7    •    **NOTICE OF REMOVAL OF ACTION: UNDER 28 U.S.C. §
         1442(B) (FEDERAL QUESTION) with EXHIBITS 1-96.**

8    by delivering for personal service to the following:

9    Cathryn Chinn, Esq.

10   1901 First Avenue, Suite 400
     San Diego, CA 92101

11   Tel: 619-295-4190 / Fax: 619-295-9529
     **Attorney for Plaintiff Jose Hernandez**

12

13   I hereby certify that I am employed by CalExpress Messenger Service, San

14   Diego, California, at whose direction the personal service was made.

15       Executed January 30, 2008, at San Diego, California.

16

17

18                              DIVERSIFIED LEGAL SERVICES
                                MESSENGER

19

20

21

22

23

24

25

26

27

28