1  FRED M. PLEVIN (SBN 126185)
   SANDRA L. MCDONOUGH (SBN 193308)
2  ALBERT R. LIMBERG (SBN 211110)
   **PAUL, PLEVIN, SULLIVAN &**
3  **CONNAUGHTON** LLP
   401 B Street, Tenth Floor
4  San Diego, California  92101-4232
   Telephone: 619-237-5200
5  Facsimile: 619-615-0700

6  AMY S. GONZALEZ (SBN 181745)
   **SAN DIEGO COUNTY REGIONAL AIRPORT**
7  **AUTHORITY**
   3225 N. Harbor Drive
8  San Diego, CA 92138
   Telephone:  (619) 400-2425
9  Facsimile: (619) 400-2428

10
   Attorneys for Defendant
11 SAN DIEGO COUNTY REGIONAL AIRPORT
   AUTHORITY
12

13                UNITED STATES DISTRICT COURT

14              SOUTHERN DISTRICT OF CALIFORNIA

15 JOSE HERNANDEZ,                  CASE NO. 08 CV 0184 L CAB

16          Plaintiff,              **CERTIFICATE OF SERVICE OF**
                                    **NOTICE TO ADVERSE PARTY OF**
17      v.                          **REMOVAL TO FEDERAL COURT**

18 SAN DIEGO COUNTY
19 REGIONAL AIRPORT
   AUTHORITY, a public entity; and
20 DOES 1 through 12, inclusive,

21          Defendants.

22

23

24

25

26

27

28

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

CERTIFICATE OF SERVICE                        1

FILED

08 JAN 30  PM 3: 51

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                    DEPUTY

1    I, Christie Brzezinski, certify and declare as follows:

2    I am over the age of 18 years and not a party to this action.

3    My business address is Paul, Plevin, Sullivan & Connaughton, LLP, which is

4    located at 401 B Street, 10th Floor, San Diego, CA 92101, which is located in the

5    City, County, and State where the mailing described below took place.

6    On January 30, 2008, I caused to be personally served a copy of the Notice

7    to Adverse party of Removal to Federal Court dated January 30, 2008, a copy of

8    which is attached to this Certificate.

9    I declare under penalty of perjury that the foregoing is true and correct.

10

11

12    Executed on January 30, 2008                    _Brzezinski_
                                                    Christie Brzezinski

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

CERTIFICATE OF SERVICE                                    2

1    FRED M. PLEVIN (SBN 126185)
     SANDRA L. MCDONOUGH (SBN 193308)
2    ALBERT R. LIMBERG (SBN 211110)
     **PAUL, PLEVIN, SULLIVAN & CONNAUGHTON** LLP
3    401 B Street, Tenth Floor
     San Diego, California  92101-4232
4    Telephone: 619-237-5200
     Facsimile: 619-615-0700

5

6    AMY S. GONZALEZ (SBN 181745)
     **SAN DIEGO COUNTY REGIONAL AIRPORT**
     **AUTHORITY**
7    3225 N. Harbor Drive
     San Diego, CA 92138
8    Telephone:  (619) 400-2425
     Facsimile: (619) 400-2428

9

10    Attorneys for Defendant
     SAN DIEGO COUNTY REGIONAL AIRPORT
11    AUTHORITY

12

13            SUPERIOR COURT OF THE STATE OF CALIFORNIA

14                 COUNTY OF SAN DIEGO

15    JOSE HERNANDEZ,

16          Plaintiff,

17         v.

18    SAN DIEGO COUNTY REGIONAL
     AIRPORT AUTHORITY, a public entity;
19    and DOES 1 through 12, inclusive,

20          Defendants.

| | |
|---|---|
| CASE NO. GIC 871979 | |
| **PROOF OF PERSONAL SERVICE** | |
| Dept: | 75 |
| Judge: | Hon. Richard E. Strauss |
| Complaint Filed: | September 1, 2006 |
| Trial Date: | January 4, 2008 |

21

22

23

24

25

26

27

28

PROOF OF PERSONAL SERVICE

1    I, the undersigned, certify and declare that I am a citizen of the United States, over the age

2 of eighteen, employed in the County of San Diego, State of California, and not a party to the

3 within-entitled action.  My business address is P.O. Box 3969, San Diego, CA 92163.

4    On January 30, 2008, I served a true copy of the within:

5    •    **NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

6 by delivering for personal service to the following:

7    Cathryn Chinn, Esq.
     1901 First Avenue, Suite 400
8    San Diego, CA 92101
     Tel: 619-295-4190 / Fax:  619-295-9529
9    **Attorney for Plaintiff Jose Hernandez**

10

11    I hereby certify that I am employed by CalExpress Messenger Service, San Diego,

12 California, at whose direction the personal service was made.

13    Executed January 30, 2008, at San Diego, California.

14

15                                    DIVERSIFIED LEGAL SERVICES
                                      MESSENGER
16

17

18

19

20

21

22

23

24

25

26

27

28

PAUL, PLEVIN,
SULLIVAN &        PROOF OF PERSONAL SERVICE                    1
CONNAUGHTON LLP

1   FRED M. PLEVIN (SBN 126185)
    SANDRA L. MCDONOUGH (SBN 193308)
2   ALBERT R. LIMBERG (SBN 211110)
    **PAUL, PLEVIN, SULLIVAN & CONNAUGHTON** LLP
3   401 B Street, Tenth Floor
    San Diego, California  92101-4232
4   Telephone: 619-237-5200
    Facsimile: 619-615-0700
5
    AMY S. GONZALEZ (SBN 181745)
6   **SAN DIEGO COUNTY REGIONAL AIRPORT**
    **AUTHORITY**
7   3225 N. Harbor Drive
    San Diego, CA 92138
8   Telephone:  (619) 400-2425
    Facsimile: (619) 400-2428
9
10  Attorneys for Defendant
    SAN DIEGO COUNTY REGIONAL AIRPORT
11  AUTHORITY

12

13                   SUPERIOR COURT OF THE STATE OF CALIFORNIA

14                          COUNTY OF SAN DIEGO

15  JOSE HERNANDEZ,                    CASE NO.   GIC871979

16          Plaintiff,                 **NOTICE TO ADVERSE PARTY OF**
                                       **REMOVAL TO FEDERAL COURT**
17      v.

18  SAN DIEGO COUNTY REGIONAL          Dept:              75
    AIRPORT AUTHORITY, a public entity; Judge:            Hon. Richard E. Strauss
19  and DOES 1 through 12, inclusive,  Complaint Filed:   September 1, 2006
                                       Trial Date:        January 4, 2008
20          Defendants.
                                       **EXEMPT FROM FEES**
21                                     **GOVT. CODE § 6103**

22

23

24

25

26

27

28

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP      NOTICE TO ADVERSE PARTY OF
                     REMOVAL TO FEDERAL COURT

1    TO PLAINTIFF JOSE HERNANDEZ AND HIS ATTORNEYS OF RECORD AND TO

2    THE CLERK OF THE ABOVE-ENTITLED COURT:

3    PLEASE TAKE NOTICE that a Notice of Removal of this action was filed in the United

4    States District Court for the Southern District of California on January 30, 2008.

5    A copy of that Notice of Removal is attached to this notice as Exhibit A.

6

7

     Dated: January 30, 2008                          PAUL, PLEVIN, SULLIVAN &
8                                                      CONNAUGHTON LLP

9

10                                                     By:

11                                                        FRED M. PLEVIN
                                                          SANDRA L. MCDONOUGH
12                                                        ALBERT R. LIMBERG
                                                          Attorneys for Defendant
13                                                        SAN DIEGO COUNTY REGIONAL
                                                          AIRPORT AUTHORITY

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

NOTICE TO ADVERSE PARTY OF                    1
REMOVAL TO FEDERAL COURT

EXHIBIT A

1  FRED M. PLEVIN (SBN 126185)
2  SANDRA L. MCDONOUGH (SBN 193308)
   ALBERT R. LIMBERG (SBN 211110)
3  PAUL, PLEVIN, SULLIVAN &
   CONNAUGHTON LLP
   401 B Street, Tenth Floor
4  San Diego, California 92101-4232
   Telephone: 619-237-5200
5  Facsimile: 619-615-0700

6  AMY S. GONZALEZ (SBN 181745)
   **SAN DIEGO COUNTY REGIONAL AIRPORT**
7  **AUTHORITY**
   3225 N. Harbor Drive
8  San Diego, CA 92138
   Telephone:  (619) 400-2425
9  Facsimile: (619) 400-2428

10
   Attorneys for Defendant
11 SAN DIEGO COUNTY REGIONAL AIRPORT
   AUTHORITY
12

13                    UNITED STATES DISTRICT COURT

14                  SOUTHERN DISTRICT OF CALIFORNIA

15 JOSE HERNANDEZ,                    CASE NO. 08 CV 0184 L CAB

16            Plaintiff,              **NOTICE OF REMOVAL OF ACTION:**
                                      **UNDER 28 U.S.C. § 1442(B)**
17       v.                           **(FEDERAL QUESTION)**

18 SAN DIEGO COUNTY
   REGIONAL AIRPORT
19 AUTHORITY, a public entity; and
   DOES 1 through 12, inclusive,
20
            Defendants.
21

22 ///

23 ///

24 ///

25

26

27

28

1    TO THE CLERK OF THE ABOVE-ENTITLED COURT:

2          PLEASE TAKE NOTICE that defendant San Diego County Regional

3    Airport Authority ("the Authority") hereby removes the above-referenced case

4    from the Superior Court of the State of California, County of San Diego, to the

5    United States District Court for the Southern District of California.  The state court

6    action is a civil action that this Court has original jurisdiction to decide under

7    28 U.S.C. section 1331 (federal question jurisdiction) and is one that may be

8    removed to this Court by the Authority pursuant to 28 U.S.C. section 1441.  The

9    specific basis for removal of this action is as follows:

10          1.    On September 1, 2006, Plaintiff Jose Hernandez ("Plaintiff") filed an

11   action in the Superior Court of the State of California, County of San Diego,

12   Central Division, entitled *Jose Hernandez v. San Diego Regional Airport Authority*

13   *and Does 1 through 12, Inclusive*, as Case Number GIC 871979.

14          2.    On September 5, 2006, the Authority was served with a copy of the

15   complaint for damages, a summons from the state court, a notice of case

16   assignment, and alternative dispute resolution process information.  A true and

17   correct copy of the complaint is attached hereto as Exhibit 4.  This original

18   complaint asserted causes of action based only on California state law.

19          3.    On October 5, 2006, the Authority filed a demurrer and motion to

20   strike portions of the complaint.  True and correct copies of the moving papers are

21   attached hereto as Exhibits 5-8.  Before the matter could be heard, Plaintiff filed a

22   First Amended Complaint ("FAC") and served the FAC on December 11, 2006.

23   The FAC asserted causes of action based only on California state law.  A true and

24   correct copy of the FAC is attached hereto as Exhibit 11.

25          4.    On January 10, 2007, the Authority filed a demurrer and motion to

26   strike portions of Plaintiff's FAC.  True and correct copies of the moving papers

27   are attached hereto as Exhibits 14-18.  In lieu of ruling on the merits of the

28   Authority's demurrer and motion to strike, the Court deemed Plaintiff's Second

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

NOTICE OF REMOVAL                    2

1   Amended Complaint ("SAC") (submitted and served with Plaintiff's Opposition to
2   the Authority's moving papers), filed.  True and correct copies of Plaintiff's
3   moving papers and the SAC are attached hereto as Exhibits 19-21.  The SAC
4   asserted causes of action based only on California state law.

5        5.       On April 19, 2007, the Authority filed a demurrer and motion to strike
6   portions of Plaintiff's SAC.  True and correct copies of the moving papers are
7   attached hereto as Exhibits 24-28.  The Authority's demurrer and motion to strike
8   were overruled, and the Authority filed its answer to the SAC on May 29, 2007.  A
9   true and correct copy of the Authority's answer to the SAC is attached hereto as
10  Exhibit 37.

11       6.       On August 31, 2007, the Authority filed its motion for summary
12  judgment or, in the alternative, summary adjudication as to the SAC.  True and
13  correct copies of the moving papers are attached hereto as Exhibits 38-55.

14       7.       On December 14, 2007, the Court granted the Authority's motion for
15  summary adjudication as to the only cause of action in the SAC but granted
16  Plaintiff leave to file a Third Amended Complaint ("TAC").

17       8.       Plaintiff served the Authority with the TAC on December 28, 2007,
18  via United States Postal Mail, naming the San Diego Regional Airport Authority
19  and Thella Bowens, individually, as defendants and asserting for the first time
20  claims arising under federal law, in particular, 42 U.S.C. section 1983.  A true and
21  correct copy of Plaintiff's TAC is attached hereto as Exhibit 95.  The Authority
22  received the TAC on December 31, 2007.

23       9.       The Authority filed an answer to the TAC on January 29, 2008.  A
24  true and correct copy of the answer is attached hereto as Exhibit 96.

25       10.      Pursuant to 28 U.S.C. section 1446(a), all process, pleadings, and
26  orders served on the Authority are attached hereto and described in the
27  accompanying Index of Exhibits.

28  ///

11.    This action is a civil action that this Court has original jurisdiction to decide under 28 U.S.C. section 1331, and is one which may be removed to this Court by the Authority pursuant to the provisions of 28 U.S.C. section 1441(b) because, as alleged in the TAC, Plaintiff's sole cause of action arises under 42 U.S.C. section 1983:

> This action arises under 42 U.S.C. section 1983, which provides that every "person" who, under color of any statute ordinance, regulation, custom, or usage of any State subjects, or "causes to be subjected," any person to the deprivation of any federally protected rights, privileges, or immunities shall be civilly liable to the injured party; and the federal Constitution due process clause of the Fourteenth Amendment; and violations of the provisions of the California Constitution, Article I, section 7, subdivisions (a) and (b), Article I section 26, et. seq., including, but not limited to violation of the Plaintiff's due process liberty interest by failing to provide him with a timely hearing and denial of the equal protection of the laws.  (TAC ¶ 1)

12.    Defendant Thella Bowens has not yet been served with the TAC.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

1      13.   On January 30, 2008, a copy of this notice is being served on Plaintiff

2   and is being filed with the Clerk of the Superior Court for the State of California

3   for the County of San Diego.

4

5

   Dated:  January 30, 2008                    PAUL, PLEVIN, SULLIVAN &
6                                              CONNAUGHTON LLP

7

8                                              By:_____
                                                  FRED M. PLEVIN
9                                                 SANDRA L. MCDONOUGH
                                                  ALBERT R. LIMBERG
10                                                Attorneys for Defendant
                                                  SAN DIEGO COUNTY
11                                                REGIONAL AIRPORT
                                                  AUTHORITY
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

NOTICE OF REMOVAL                              5

1

2

Index of Exhibits

| Description | Exh | Pages |
|---|---|---|
| Complaint / Claim | 1 | 6-38 |
| Summary Of Complaint & Causes Of Action | 2 | 39-44 |
| Summons; Civil Case Cover Sheet; Notice Of Case Assignment; ADR Package | 3 | 45-50 |
| Complaint | 4 | 51-82 |
| Notice Of Hearing On Demurrer And Demurrer To Plaintiff's Complaint | 5 | 83-86 |
| Notice Of Motion And Motion To Strike Plaintiff's Complaint | 6 | 87-120 |
| Defendant San Diego County Regional Airport Authority's Demurrer To Plaintiff's Complaint | 7 | 121-124 |
| Memorandum Of Points And Authorities In Support Of Defendant San Diego County Regional Airport Authority's Demurrer And/Or Motion To Strike | 8 | 125-144 |
| Plaintiff's Opposition To Defendant San Diego County Regional Airport Authority's Demurrer And/Or Motion To Strike | 9 | 145-159 |
| Plaintiff's Opposition To Defendant San Diego County Regional Airport Authority's Motion To Strike | 10 | 160-162 |
| First Amended Complaint | 11 | 163-194 |
| Notice Of Case Management Conference (4/20/07) | 12 | 195 |
| Notice Of Case Management Conference | 13 | 196 |
| Notice Of Motion And Motion To Strike Plaintiff's First Amended Complaint | 14 | 197-232 |
| Notice Of Hearing On Demurrer And Demurrer To Plaintiff's First Amended Complaint | 15 | 233-235 |
| Defendant San Diego County Regional Airport Authority's Demurrer To Plaintiff's First Amended Complaint | 16 | 236-239 |
| Memorandum Of Points And Authorities In Support Of Defendant San Diego County Regional Airport Authority's Demurrer To Plaintiff's First Amended Complaint And/Or Motion To Strike | 17 | 240-260 |
| Proof Of Service By Mail | 18 | 261 |
| Plaintiff's Opposition To Defendant San Diego County Regional Airport Authority's Demurrer And/Or Motion To Strike | 19 | 262-274 |

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

INDEX OF EXHIBITS

5-A

| | | |
|---|---|---|
| Plaintiff's Opposition To Defendant San Diego County Regional Airport Authority's Motion To Strike | 20 | 275-277 |
| Second Amended Complaint | 21 | 278-305 |
| Reply Brief In Support Of Defendant San Diego County Regional Airport Authority's Demurrer To Plaintiff's First Amended Complaint And/Or Motion To Strike | 22 | 306-314 |
| Case Management Statement | 23 | 315-319 |
| Notice Of Motion And Motion To Strike Plaintiff's Second Amended Complaint | 24 | 320-345 |
| Memorandun Of Points And Authorities In Support Of Defendant San Diego County Regional Airport Authority's Demurrer And Motion To Strike Plaintiff's Second Amended Complaint | 25 | 346-353 |
| Notice Of Hearing On Demurrer And Demurrer To Plaintiff's Second Amended Complaint | 26 | 354-355 |
| Defendant San Diego County Regional Airport Authority's Demurrer To Plaintiff's Second Amended Complaint | 27 | 356-357 |
| Proof Of Service For #'S 24-27 | 28 | 358-359 |
| Notice Of Rescheduled Hearing | 29 | 360-362 |
| Plaintiff's Opposition To Defendant San Diego County Regional Airport Authority's Demurrer And / Or Motion To Strike Plaintiff's Second Amended Complaint | 30 | 363-376 |
| Notice Of Rescheduled Hearing | 31 | 377-379 |
| Reply Brief In Support Of Defendant San Diego County Regional Airport Authority's Demurrer To Plaintiff's Second Amended Complaint And/Or Motion To Strike | 32 | 380-387 |
| Tentative Rulings | 33 | 388 |
| Disclosure By Judge Richard E. L. Strauss With Regard To The Participation Of The Law Firm Of Luce, Forward, Hamilton, & Scripps In This Case | 34 | 389-390 |
| Notice Of Hearing (Trial Readiness Conference: 12/21/07) | 35 | 391-393 |
| Notice Of Hearing (Civil Jury Trial: 1/4/08) | 36 | 394-396 |
| Defendant San Diego County Regionlal Airport Authority's Answer To Plaintiff's Second Amended Complaint | 37 | 397-400 |
| Defendant San Diego County Regional Airport Authority's Notice Of Motion And Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 38 | 401-409 |

| | | | |
|---|---|---|---|
| 1 | Defendant San Diego County Regional Airport Authority's Memorandum Of Points And Authorities In Support Of Its Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 39 | 410-432 |
| 2 | | | |
| 3 | | | |
| 4 | Defendant San Diego County Regional Airport Authority's Separate Statement Of Undisputed Material Facts In Support Of Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 40 | 433-450 |
| 5 | | | |
| 6 | Declaration Of Thella F. Bowens In Support Of Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 41 | 451-456 |
| 7 | | | |
| 8 | Declaration Of Mark Burchyett In Support Of Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 42 | 457-459 |
| 9 | | | |
| 10 | | | |
| 11 | Declaration Of Bryan Enarson In Support Of Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 43 | 460-464 |
| 12 | | | |
| 13 | Declaration Of John Gamberzky In Support Of Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 44 | 465-467 |
| 14 | | | |
| 15 | | | |
| 16 | Declaration Of Troy Ann Leech In Support Of Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 45 | 468-470 |
| 17 | | | |
| 18 | Declaration Of Sandra L. Mcdonough In Support Of Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 46 | 471-475 |
| 19 | | | |
| 20 | Declaration Of Jim Prentice In Support Of Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 47 | 476-478 |
| 21 | | | |
| 22 | | | |
| 23 | Declaration Of Tony Russellin Support Of Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 48 | 479-481 |
| 24 | | | |
| 25 | Declaration Of Theodore Sexton In Support Of Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 49 | 482-485 |
| 26 | | | |
| 27 | | | |
| 28 | | | |

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

INDEX OF EXHIBITS

5-C

| | | |
|---|---|---|
| Declaration Of Edward Patrick Swan, Jr. In Support Of Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 50 | 486-490 |
| Declaration Of Jeffrey Woodson In Support Of Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 51 | 491-493 |
| Defendant San Diego County Regional Airport Authority's Notice Of Lodgment Of Non-California Authorities In Support Of Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 52 | 494-608 |
| Defendant San Diego County Regional Airport Authority's Notice Of Lodgment Of Exhibits In Support Of Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 53 | 609-611 & 611(1)-611(843) |
| Defendant San Diego County Regional Airport Authority's Notice Of Errata In Support Of Its Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 54 | 612-616 |
| Defendant San Diego County Regional Airport Authority's Amended Separate Statement Of Undisputed Material Facts In Support Of Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 55 | 617-634 |
| Plaintiff Jose Hernandez' Memorandum Of Points And Authorities In Opposition To Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 56 | 635-660 |
| Plaintiff Jose Hernandez' Opposition To Defendant San Diego County Regional Airport Authority's Amended Separate Statement Of Undisputed Material Facts In Support Of Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 57 | 661-687 |
| Plaintiff Jose Hernandez' Separate Statement Of Additional Undisputed Facts In Opposition To Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 58 | 688-742 |
| Declaration Of Plaintiff Jose Hernandez In Opposition To Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 59 | 743-748 |
| Declaration Of Mike Parrish In Opposition To Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 60 | 749-750 |

| | | | |
|---|---|---|---|
| 1 2 3 | Declaration Of Cathryn Chinn In Opposition To Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 61 | 751-752 |
| 4 5 | Declaration Of Janet Nix In Opposition To Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 62 | 753-756 |
| 6 7 | Plaintiff Jose Hernandez' Notice Of Lodgment In Opposition To Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 63 | 757-765 |
| 8 9 10 | Plaintiff Jose Hernandez' Compendium Of Federal Cases In Opposition To Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 64 | 766-799 |
| 11 12 | Plaintiff Jose Hernandez' Written Objections To Evidence In Opposition To Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 65 | 800-808 |
| 13 14 15 | Order On Plaintiff Jose Hernandez' Written Objections To Evidence In Opposition To Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 66 | 809-819 |
| | Plaintiff's Association Of Counsel | 67 | 820-821 |
| 16 17 18 | Defendant San Diego County Regional Airport Authority's Reply Memorandum Of Points And Authorities In Support Of Its Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 68 | 822-836 |
| 19 20 21 | Defendant San Diego County Regional Airport Authority's Opposition To Plaintiff's Separate Statement Of Additional Undisputed Material Facts In Support Of Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 69 | 837-910 |
| 22 23 | Defendant San Diego County Regional Airport Authority's Concordance In Support Of Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 70 | 911-944 |
| 24 25 | Defendant San Diego County Regional Airport Authority's Objection To Evidence Submitted By Plaintiff In Opposition To Defendant's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 71 | 945-962 |
| 26 27 28 | Defendant San Diego County Regional Airport Authority's Response To Plaintiff Jose Hernandez' Written Objections To Evidence In Opposition To Defendant's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 72 | 963-978 |

| | | |
|---|---|---|
| Defendant San Diego County Regional Airport Authority's Notice Of Lodgment Of Non-California Authorities In Support Of Its Reply To The Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 73 | 979-1063 |
| Tentative Ruling On MSJ | 74 | 1064 |
| Notice Of Rescheduled Hearing | 75 | 1065-1067 |
| Notice Of Motion And Motion For Protective Order | 76 | 1068-1071 |
| Memorandum Of Points And Authorities In Support Of Motion For Protective Order | 77 | 1072-1076 |
| Declaration Of Edward Patrick Swan, Jr. In Support Of Motion For Protective Order | 78 | 1077-1078 |
| Declaration Of Lawrence J. Kouns In Support Of Motion For Protective Order | 79 | 1079-1081 |
| Notice Of Lodgment Re Motion For Protective Order | 80 | 1082-1097 |
| [Proposed] Order Granting Motion For Protective Order | 81 | 1098 |
| Defendant San Diego County Regional Airport Authority's Supplemental Brief Regarding Government Code Section 821.6 In Support Of Its Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 82 | 1099-1109 |
| Plaintiff Jose Hernandez' Supplemental Memorandum Of Points And Authorities In Opposition To Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 83 | 1110-1120 |
| Plaintiff Jose Hernandez' Compendium Of Foreign Authority In Opposition To Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 84 | 1121-1196 |
| Plaintiff Jose Hernandez' Memorandum Of Points And Authorities In Opposition To Third Party Edward P. Swan, Jr.'S Motion For Protective Order | 85 | 1197-1206 |
| Plaintiff Jose Hernandez' Notice Of Lodgment In Opposition To Third Party Edward P. Swan, Jr.'S Motion For Protective Order | 86 | 1207-1243 |
| Notice Of Jury Fee Deposit | 87 | 1244 |
| Notice Of Jury Fee Deposit | 88 | 1245 |

| | | |
|---|---|---|
| Declaration Of Cathryn Chinn In Opposition To Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 89 | 1246-1247 |
| Defendant San Diego County Regional Airport Authority's Reply In Support Of Its Supplemental Brief Regarding Government Code Section 821.6 In Support Of Its Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 90 | 1248-1260 |
| Plaintiff Jose Hernandez' Objection To Defendant's Supplemental Brief Re Government Code § 821.6 In Support Of Its Motion For Summary Judgment Or, In The Alternative, Summary Adjudication | 91 | 1261-1264 |
| Notice Of Newly Published Case In Support Of Defendant San Diego County Regional Airport Authority's Motion For Summary Judgment | 92 | 1265-1272 |
| Reply Memorandum Of Points And Authorities In Support Of Motion For Protective Order | 93 | 1273-1283 |
| Tentative Ruling | 94 | 1284 |
| Third Amended Complaint | 95 | 1285-1316 |
| Defendant San Diego County Regional Airport Authority's Answer to Plaintiff's third Amended Complaint | 96 | 1317 |

1 | FRED M. PLEVIN (SBN 126185)
SANDRA L. MCDONOUGH (SBN 193308)
2 | ALBERT R. LIMBERG (SBN 211110)
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON** LLP
3 | 401 B Street, Tenth Floor
San Diego, California  92101-4232
4 | Telephone: 619-237-5200
Facsimile: 619-615-0700
5 |
AMY S. GONZALEZ (SBN 181745)
6 | **SAN DIEGO COUNTY REGIONAL AIRPORT
AUTHORITY**
7 | 3225 N. Harbor Drive
San Diego, CA 92138
8 | Telephone:  (619) 400-2425
Facsimile: (619) 400-2428
9 |
10 | Attorneys for Defendant
SAN DIEGO COUNTY REGIONAL AIRPORT
11 | AUTHORITY

12

13 | SUPERIOR COURT OF THE STATE OF CALIFORNIA

14 | COUNTY OF SAN DIEGO

15 | JOSE HERNANDEZ,

16 |           Plaintiff,

17 |      v.

18 | SAN DIEGO COUNTY REGIONAL
AIRPORT AUTHORITY, a public entity;
19 | and DOES 1 through 12, inclusive,

20 |           Defendants.

21

CASE NO. GIC 871979

**PROOF OF PERSONAL SERVICE**

Dept:                      75
Judge:                     Hon. Richard E. Strauss
Complaint Filed:           September 1, 2006
Trial Date:                January 4, 2008

22

23

24

25

26

27

28

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

PROOF OF PERSONAL SERVICE

1    I, the undersigned, certify and declare that I am a citizen of the United States, over the age

2    of eighteen, employed in the County of San Diego, State of California, and not a party to the

3    within-entitled action. My business address is P.O. Box 3969, San Diego, CA 92163.

4    On January 30, 2008, I served a true copy of the within:

5    • **NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

6    by delivering for personal service to the following:

7    Cathryn Chinn, Esq.
     1901 First Avenue, Suite 400
8    San Diego, CA 92101
     Tel: 619-295-4190 / Fax: 619-295-9529
9    **Attorney for Plaintiff Jose Hernandez**

10

11   I hereby certify that I am employed by CalExpress Messenger Service, San Diego,

12   California, at whose direction the personal service was made.

     Executed January 30, 2008, at San Diego, California.
13

14

15
                                        DIVERSIFIED LEGAL SERVICES
16                                      MESSENGER

17

18

19

20

21

22

23

24

25

26

27

28