FRED M. PLEVIN (SBN 126185)
SANDRA L. MCDONOUGH (SBN 193308)
ALBERT R. LIMBERG (SBN 211110)
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON** LLP
401 B Street, Tenth Floor
San Diego, California 92101-4232
Telephone: 619-237-5200
Facsimile: 619-615-0700

AMY S. GONZALEZ (SBN 181745)
**SAN DIEGO COUNTY REGIONAL AIRPORT AUTHORITY**
3225 N. Harbor Drive
San Diego, CA 92138
Telephone: (619) 400-2425
Facsimile: (619) 400-2428

Attorneys for Defendant
SAN DIEGO COUNTY REGIONAL AIRPORT AUTHORITY

FILED
08 JAN 30 PM 3:51
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ, <br><br>   Plaintiff, <br><br> v. <br><br> SAN DIEGO COUNTY REGIONAL AIRPORT AUTHORITY, a public entity; and DOES 1 through 12, inclusive, <br><br>   Defendants. | CASE NO. 08 CV 0184 L CAB <br><br> **PROOF OF PERSONAL SERVICE** |

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

PROOF OF PERSONAL SERVICE

I, the undersigned, certify and declare that I am a citizen of the United States, over the age of eighteen, employed in the County of San Diego, State of California, and not a party to the within-entitled action. My business address is P.O. Box 3969, San Diego, CA 92163.

On January 30, 2008, I served a true copy of the within:

- **CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

by delivering for personal service to the following:

Cathryn Chinn, Esq.
1901 First Avenue, Suite 400
San Diego, CA 92101
Tel: 619-295-4190 / Fax: 619-295-9529
**Attorney for Plaintiff Jose Hernandez**

I hereby certify that I am employed by CalExpress Messenger Service, San Diego, California, at whose direction the personal service was made.

Executed January 30, 2008, at San Diego, California.

*Thomas R Tucker*
DIVERSIFIED LEGAL SERVICES
MESSENGER

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

PROOF OF PERSONAL SERVICE         1