CATHRYN CHINN, ESQ. (State Bar 93340)
PETER FRIESEN, ESQ. (State Bar 107631)
1901 First Avenue, Suite 400
San Diego, California 92101
Telephone (619) 234-9000
Facsimile (619) 699-1159


Attorneys for Plaintiff
JOSE HERNANDEZ

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ,<br><br>              Plaintiff,<br><br>v.<br><br>SAN DIEGO COUNTY REGIONAL AIRPORT AUTHORITY, a public entity and DOES 1 through 12, Inclusive,<br><br>              Defendants. | Case No. : 08 CV 0184 L (CAB)<br><br>PLAINTIFF JOSE HERNANDEZ' DEMAND FOR JURY TRIAL |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

     PLEASE TAKE NOTICE THAT pursuant to 38(b)(1)-(2) of the Federal Rules of Civil Procedure, Plaintiff JOSE HERNANDEZ hereby demands a jury trial in the above-captioned proceeding.


Dated:  February 8, 2008                                        /s/ Peter G. Friesen
                                                                                 Attorneys for Plaintiff
                                                                                 JOSE HERNANDEZ
                                                                                 e-mail: prialaw@aol.com