Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

2008 FEB -6 PM 2: 19

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

JOSE HERNANDEZ, an individual,
Plaintiff

vs

SAN DIEGO COUNTY REGIONAL AIRPORT AUTHORITY, a public entity; THELLA BOWENS, an individual, and DOES 1 through 20,
Defendants

***ON THIRD AMENDED COMPLAINT
***SUMMONS IN A CIVIL ACTION

Case No. 08 cv 00184-L-CAB

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Cathryn Chinn, Esq. (Bar No. 93340); Peter G. Friesen, Esq. (Bar No. 107631)
1901 First Ave., Ste. 400
San Diego, CA 92101
Telephone (619) 234-9000; Facsimile (619) 699-1159

   An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

J. PARIS

FEB 0 6 2008

DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)