CATHRYN CHINN, ESQ. (State Bar 93340)
PETER G. FRIESEN, ESQ. (State Bar 107631)
1901 First Avenue, Suite 400
San Diego, California 92101
Telephone (619) 234-9000
Facsimile (619) 699-1159

Attorneys for Plaintiff
JOSE HERNANDEZ

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ,<br><br>        Plaintiff,<br><br>v.<br><br>SAN DIEGO COUNTY REGIONAL AIRPORT AUTHORITY, a public entity, et al.,<br><br>        Defendants. | Case No. : 08 CV 0184 L (CAB)<br><br>NOTICE OF APPEARANCE |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE THAT the undersigned is co-counsel with Cathryn Chinn, Esq., for Plaintiff JOSE HERNANDEZ in the above-captioned proceeding:

**Peter G. Friesen (State Bar No. 107631)**
**1901 First Avenue, Suite 400**
**San Diego, CA 92101**
**Telephone (619) 234-9000**
**Facsimile (619) 699-1159**
**e-mail prialaw@aol.com**

Dated:  February 7, 2008                              /s/ Peter G. Friesen
                                                          Attorneys for Plaintiff  JOSE HERNANDEZ
                                                          e-mail: prialaw@aol.com