CATHRYN CHINN, ESQ. (State Bar 93340)
PETER G. FRIESEN, ESQ. (State Bar 107631)
1901 First Avenue, Suite 400
San Diego, California  92101
Telephone (619) 234-9000
Facsimile (619) 699-1159

Attorneys for Plaintiff
JOSE HERNANDEZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ,<br><br>              Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>              Defendants. | CASE NO. 08 CV 0184 L (CAB)<br><br>DECLARATION OF SERVICE<br><br>Persons served: Fred Michael Plevin, Esq.; Sandra L. McDonough, Esq.<br><br>Date served: February 7, 2008 |

      I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above-named person the following documents:

PROOF OF SERVICE ON NOTICE OF APPEARANCE

in the following manner:  (check one)

1) [] By personally delivering copies to the office of the person served.

2) [] By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (postage pre-paid) copies to the person served at the place where the copies were left.

3) [] By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at San Diego, California, on _____.

4) [x] By electronic filing I served each of the above-referenced documents by e-filing in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California as to the following:

- 1 -

| | |
|---|---|
| Fred Michael Plevin, Esq. | e-mail fplevin@paulplevin.com |
| Sandra L. McDonough, Esq. | e-mail smcdonough@paulplevin.com |
| Albert R. Limberg, Esq. | e-mail alimberg@paulplevin.com |

Executed on February 7, 2008, at San Diego, California.

/s/ Peter G. Friesen
E-mail: prialaw@aol.com

- 2 -