FRED M. PLEVIN (SBN 126185)
SANDRA L. MCDONOUGH (SBN 193308)
ALBERT R. LIMBERG (SBN 211110)
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON** LLP
401 B Street, Tenth Floor
San Diego, California 92101-4232
Telephone: 619-237-5200
Facsimile: 619-615-0700

AMY S. GONZALEZ (SBN 181745)
**SAN DIEGO COUNTY REGIONAL AIRPORT AUTHORITY**
3225 N. Harbor Drive
San Diego, CA 92138
Telephone: 619-400-2425
Facsimile: 619-400-2428

Attorneys for Defendants
SAN DIEGO COUNTY REGIONAL AIRPORT
AUTHORITY and THELLA BOWENS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>SAN DIEGO COUNTY REGIONAL AIRPORT AUTHORITY, a public entity; THELLA BOWENS, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 08 CV 0184 L CAB<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS (RE THELLA BOWENS)**<br>[Fed. R. Civ. P. 12(b)(6)]<br><br>Date:      May 19, 2008<br>Time:     10:30 a.m.<br>Dept.      14<br>Judge:    Honorable James Lorenz<br><br>[Magistrate Judge Cathy Ann Bencivengo] |

TO PLAINTIFF JOSE HERNANDEZ AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 19, 2008, at 10:30 a.m., or as soon thereafter as the matter may be heard by the above-entitled Court, located at 940 Front Street, San Diego, California, defendant Thella Bowens ("Bowens") will

1  move the Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure
2  for a Motion to Dismiss the complaint and all causes of action filed in the above
3  referenced action on the grounds that Plaintiff has failed to state a claim upon
4  which relief may be granted (failure to allege a constitutional violation) and
5  Bowens is entitled to qualified immunity from Plaintiff's 42 U.S.C. section 1983
6  claims.
7      This motion is based on this Notice of Motion and Motion, the
8  Memorandum of Points and Authorities filed herewith, the pleadings and papers
9  filed herein, and upon such other matters as may be presented to the Court at or
10 before the time of the hearing.

13 Dated: March 3, 2008

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By: _____
FRED M. PLEVIN
SANDRA L. MCDONOUGH
ALBERT R. LIMBERG
Attorneys for Defendants
SAN DIEGO COUNTY REGIONAL AIRPORT AUTHORITY and
THELLA BOWENS