1  FRED M. PLEVIN (SBN 126185)
   SANDRA L. MCDONOUGH (SBN 193308)
2  ALBERT R. LIMBERG (SBN 211110)
   **PAUL, PLEVIN, SULLIVAN &**
3  **CONNAUGHTON** LLP
   401 B Street, Tenth Floor
4  San Diego, California 92101-4232
   Telephone: 619-237-5200
5  Facsimile: 619-615-0700

6  AMY S. GONZALEZ (SBN 181745)
   **SAN DIEGO COUNTY REGIONAL AIRPORT**
7  **AUTHORITY**
   3225 N. Harbor Drive
8  San Diego, CA 92138
   Telephone: (619) 400-2425
9  Facsimile: (619) 400-2428

10
   Attorneys for Defendant
11 SAN DIEGO COUNTY REGIONAL AIRPORT
   AUTHORITY
12

13              UNITED STATES DISTRICT COURT

14                 SOUTHERN DISTRICT

15

16 JOSE HERNANDEZ,                    CASE NO. 08-CV-00184-L-CAB

17         Plaintiff,                 **PROOF OF SERVICE**

18     v.                             _____

19 SAN DIEGO COUNTY                   Dept:             14
   REGIONAL AIRPORT                   Judge:            Hon. James Lorenz
20 AUTHORITY, a public entity; and    Magistrate Judge: Cathy Ann Bencivengo
   DOES 1 through 12, inclusive,
21
           Defendants.
22

23

24

25

26

27

28

PAUL, PLEVIN,
SULLIVAN &          PROOF OF PERSONAL SERVICE                    CASE NO. 08-CV-00184-L-CAB
CONNAUGHTON LLP

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to this action. I am employed, or am a resident of, the County of San Diego, California, and my business address is: Paul, Plevin, Sullivan & Connaughton LLP, 401 B Street, Tenth Floor, San Diego, California 92101.

On March 3, 2008, I caused to be served the following document(s):

- **NOTICE OF MOTION AND MOTION TO DISMISS (RE THELLA BOWENS);**
- **DEFENDANT THELLA BOWENS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF HER MOTION TO DISMISS HERNANDEZ' THIRD AMENDED COMPLAINT**

on the interested party (ies) in this action by placing [ x ] a true copy [  ] the original thereof and addressed as follows:

Cathryn Chinn, Esq.
1901 First Avenue, Suite 400
San Diego, CA 92101
Tel: 619-295-4190 / Fax: 619-295-9529
**Attorney for Plaintiff Jose Hernandez**
**Attorneys for Plaintiff**

☐ (By **MAIL SERVICE**) I then sealed each envelope and, with postage thereon fully prepaid postage, I placed each for deposit with United States Postal Service, this same day, at my business address shown above, following ordinary business practices.

☐ (By **FACSIMILE**) I transmitted the documents by facsimile machine, pursuant to California Rules of Court, Rule 2.306. The facsimile machine I used complied with Rule 2.301 and no error was reported by the machine. The transmitting facsimile machine number is **619-615-0700**. The fax number of the party being served is listed above. Pursuant to Rule 2.306, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☐ (By **OVERNIGHT DELIVERY**) I deposited in a box or other facility regularly maintained by the express service carrier, or delivered to a courier or driver authorized by the express service carrier to receive documents, in an envelope or package with delivery fees paid or provided for, and addressed on whom it is to be served pursuant to Code of Civil Procedure section 1013(c).

☑ (By **E-MAIL OR ELECTRONIC TRANSMISSION**) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

1  Executed March 3, 2008, at San Diego, California.

2

3                                    _____
                                     Christie Brzezinski
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

https://ecf.casd.uscourts.gov/cgi-bin/Dispatch.pl?595905003989985

## Motions

3:08-cv-00184-L-CAB Hernandez v. San Diego County Regional Airport Authority et al

### U.S. District Court

### Southern District of California

**Notice of Electronic Filing**

The following transaction was entered by Limberg, Albert on 3/3/2008 at 4:01 PM PST and filed on 3/3/2008

**Case Name:**      Hernandez v. San Diego County Regional Airport Authority et al
**Case Number:**    3:08-cv-184
**Filer:**          Thella Bowens
**Document Number:** 14

**Docket Text:**
MOTION to Dismiss *Hernandez' Third Amended Complaint* by Thella Bowens. (Attachments: # (1) Memo of Points and Authorities)(Limberg, Albert)


**3:08-cv-184 Notice has been electronically mailed to:**

Cathryn Chinn     chinnesq@cox.net, sflores@einsurelaw.com

Peter G Friesen     prialaw@aol.com, sflores@einsurelaw.com

Albert R Limberg     alimberg@paulplevin.com, cbrzezinski@paulplevin.com

Fred Michael Plevin     fplevin@paulplevin.com, alimberg@paulplevin.com, cbrzezinski@paulplevin.com, jszlakowski@paulplevin.com, mmartinez@paulplevin.com, smcdonough@paulplevin.com

**3:08-cv-184 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=3/3/2008] [FileNumber=2453398-0]
[3d99fa6aabb9dc6a097b24f344eb511d8d528f6bc2ca2f49dbace3ad25880e3d9e42
8dde716e9836fda505101f868f9c026566ea4f7f5828bf18a2a5fce73711]]
**Document description:**Memo of Points and Authorities
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=3/3/2008] [FileNumber=2453398-1]

[c6f977f96d548a1747a139e6c2f4dd13077cc7650c353c554a64674a0f63fd79dbe3
f3b59073a78af3f0ef5ac231bbc2cfbb76e3e79825b2ae756e38dc6dea29]]