FRED M. PLEVIN (SBN 126185)
SANDRA L. MCDONOUGH (SBN 193308)
ALBERT R. LIMBERG (SBN 211110)
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON** LLP
401 B Street, Tenth Floor
San Diego, California 92101-4232
Telephone: 619-237-5200
Facsimile: 619-615-0700

AMY S. GONZALEZ (SBN 181745)
**SAN DIEGO COUNTY REGIONAL AIRPORT AUTHORITY**
3225 N. Harbor Drive
San Diego, CA 92138
Telephone: 619-400-2425
Facsimile: 619-400-2428

Attorneys for Defendants
SAN DIEGO COUNTY REGIONAL AIRPORT
AUTHORITY and THELLA BOWENS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>SAN DIEGO COUNTY REGIONAL AIRPORT AUTHORITY, a public entity; THELLA BOWENS, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 08 CV 0184 L CAB<br><br>**DEFENDANT SAN DIEGO COUNTY REGIONAL AIRPORT AUTHORITY'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS**<br>**[Fed. R. Civ. P. 12(c)]**<br><br>Date:    May 19, 2008<br>Time:   10:30 a.m.<br>Dept.   14<br>Judge:  Honorable James Lorenz<br><br>[Magistrate Judge Cathy Ann Bencivengo] |

TO PLAINTIFF JOSE HERNANDEZ AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 19, 2008, at 10:30 a.m. or as soon thereafter as the matter may be heard by the above-entitled Court, located at

940 Front Street, San Diego, California, defendant San Diego County Regional Airport Authority ("Defendant") will move the Court pursuant to Rule 12(c) of the Federal Rules of Civil Procedure for dismissal with prejudice of Hernandez' Third Amended Complaint and all causes of action filed, and entry of judgment in favor of the Authority on the grounds that Plaintiff has failed to state a claim upon which relief may be granted (failure to allege a constitutional violation).

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the pleadings and papers filed herein, and upon such other matters as may be presented to the Court at or before the time of the hearing.

Dated: March 3, 2008

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By: /s/ Albert R. Limberg
FRED M. PLEVIN
SANDRA L. MCDONOUGH
ALBERT R. LIMBERG
Attorneys for Defendants
SAN DIEGO COUNTY REGIONAL AIRPORT AUTHORITY and
THELLA BOWENS

*Hernandez v. San Diego County Regional Airport Authority*
USDC Case No. 08 CV 0184 L CAB

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to this action. I am employed, or am a resident of, the County of San Diego, California, and my business address is: Paul, Plevin, Sullivan & Connaughton LLP, 401 B Street, Tenth Floor, San Diego, California 92101.

On March 3, 2008, I caused to be served the following document(s):

- **DEFENDANT SAN DIEGO COUNTY REGIONAL AIRPORT AUTHORITY'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS [Fed. R. Civ. P. 12(c)];**

- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SAN DIEGO COUNTY REGIONAL AIRPORT AUTHORITY'S MOTION FOR JUDGMENT ON THE PLEADINGS**

on the interested party (ies) in this action by placing [ x ] a true copy [ ] the original thereof and addressed as follows:

Cathryn Chinn, Esq.
1901 First Avenue, Suite 400
San Diego, CA 92101
Tel: 619-295-4190 / Fax: 619-295-9529
**Attorney for Plaintiff Jose Hernandez**
**Attorneys for Plaintiff**

☐ (By **MAIL SERVICE**) I then sealed each envelope and, with postage thereon fully prepaid postage, I placed each for deposit with United States Postal Service, this same day, at my business address shown above, following ordinary business practices.

☑ (By **E-MAIL OR ELECTRONIC TRANSMISSION**) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

Executed March 3, 2008, at San Diego, California.

_____
Christie Brzezinski

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

PROOF OF PERSONAL SERVICE                              1