UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>SAN DIEGO COUNTY REGIONAL AIRPORT AUTHORITY, et al.,<br><br>Defendants. | CASE NO. 08 CV 0184 L (CAB)<br><br>DECLARATION OF SERVICE<br><br>Person served: Fred Michael Plevin, Albert R. Limberg on behalf of Defendant Bowens<br><br>Date served: March 4, 2008 |

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above-named person the following documents:

**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE**

in the following manner: (check one)

1) [] By personally delivering copies to the office of the person served.

2) [] By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (postage pre-paid) copies to the person served at the place where the copies were left.

3) [x] By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at San Diego, California, on March 4, 2008.

4) [ ] By electronic filing I served each of the above-referenced documents by e-filing in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California as to the following:
Fred Michael Plevin, Albert R. Limberg - fplevin@paulplevin.com, alimberg@paulplevin.com, cbrzezinski@paulplevin.com, jszlakowski@paulplevin.com, mmartinez@paulplevin.com, smcdonough@paulplevin.com

Executed on March 4, 2008, at San Diego, California.

/s/ Peter G. Friesen
E-mail: prialaw@aol.com