UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAN DIEGO COUNTY REGIONAL AIRPORT AUTHORITY, et al.,<br><br>　　　　Defendants. | CASE NO. 08 CV 0184 L (CAB)<br><br>DECLARATION OF SERVICE<br><br>Person served: Fred Michael Plevin, Albert R. Limberg on behalf of Defendant Bowens<br><br>Date served: March 4, 2008 |

　　　　I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above-named person the following documents:

**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE**

in the following manner: (check one)

1) [] By personally delivering copies to the office of the person served.

2) [] By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (postage pre-paid) copies to the person served at the place where the copies were left.

3) [x] By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at San Diego, California, on March 4, 2008.

　　　　　　　　FRED M. PLEVIN (SBN 126185)
　　　　　　　SANDRA L. MCDONOUGH (SBN 193308)
　　　　　　　ALBERT R. LIMBERG (SBN 211110)
　　　　PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP
　　　　　　　　　401 B Street, Tenth Floor
　　　　　　　　San Diego, California  92101-4232
　　　　　　　　　Telephone: 619-741-3641
　　　　　　　　　Facsimile: 619-615-0700

4) [ ] By electronic filing I served each of the above-referenced documents by e-filing in accordance with the rules governing the electronic filing of documents in the United States District Court for the

Southern District of California as to the following:

Fred Michael Plevin, Albert R. Limberg - fplevin@paulplevin.com, alimberg@paulplevin.com, cbrzezinski@paulplevin.com, jszlakowski@paulplevin.com, mmartinez@paulplevin.com, smcdonough@paulplevin.com

Executed on March 4, 2008, at San Diego, California.

/s/ Peter G. Friesen
E-mail: prialaw@aol.com