# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ, an individual,<br>Plaintiff<br><br>vs<br><br>SAN DIEGO COUNTY REGIONAL AIRPORT AUTHORITY, a public entity; THELLA BOWENS, an individual, and DOES 1 through 20,<br>Defendants | ***ON THIRD AMENDED COMPLAINT<br>***SUMMONS IN A CIVIL ACTION<br>Case No. 08 cv 00184-L-CAB |

TO: (Name and Address of Defendant)

Thella Bowens, an Individual
2831 Piatino Circle
San Diego, CA  92108

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Cathryn Chinn, Esq. (Bar No. 93340); Peter G. Friesen, Esq. (Bar No. 107631)
1901 First Ave., Ste. 400
San Diego, CA 92101
Telephone (619) 234-9000; Facsimile (619) 699-1159

    An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

FEB 0 6 2008

W. Samuel Hamrick, Jr.
CLERK

By _____, Deputy Clerk                        DATE

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney of Party Without Attorney (Name and Address) | Telephone No: | FOR COURT USE ONLY |
|---|---|---|
| Cathryn Chinn<br>3074 Curlew Street<br>San Diego, CA 92103<br>Attorney For: PLAINTIFF | 619-295-4190<br>Reference Number:<br>88787        38068 | |

United States District Court
Southern District of California

Plaintiff/Petitioner:    Hernandez
Defendant/Respondent:    San Diego County Regional Airport Auth.

| | Hearing Date: | Time: | Dept./Div.: | Case Number: |
|---|---|---|---|---|
| **PROOF OF SERVICE** | | | | 08-CV-00184-L-CAB |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

   Summons on Third Amended Complaint; Third Amended Complaint

3a. Party Served      : Thella Bowens, an individual

3b. Person Served     : Party in item 3a, Title:
    Description       :

4.  Address           : 2831 Piatino Circle
                        San Diego, CA 92108

5a. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on 2/11/2008 at 10:10am.

7. Person Serving (name, address, and telephone No.):

   **Central Attorney Service, Inc.**
   1241 State Street
   San Diego, CA 92101
   (619)233-3344  Fax (619)233-3350

   Fee for service: $  $96.00
   Andrea Quinones
   Registered California process server:
   (i) employee
   (ii) Registration No.: 1294
   (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2/12/2008

(Signature)

Judicial Council form POS-010          **Proof of Service**          Code Civil Procedure 417.10(f)