UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ, | Civil No. 08cv184 L(CAB) |
| Plaintiff, | **ORDER RE: ORAL ARGUMENT** |
| v. | |
| SAN DIEGO REGIONAL AIRPORT AUTHORITY, *et al.*, | |
| Defendant. | |

  Defendants Thella Bowen's motion to dismiss the complaint [doc. #14] and San Diego Regional Airport Authority's motion for judgment on the pleadings [doc. #16] are set for hearing on May 19, 2008. The Court finds these motions suitable for determination on the papers submitted and without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, no appearances are required.

  Upon review of the official docket sheet, the Court notes that plaintiff has neither filed an opposition to either motion within the time required under Civil Local Rule 7.1(e.2), nor sought an extension of time within which to file an opposition. Further, the docket sheet does not show

/ / /

/ / /

/ / /

/ / /

08CV184

that the parties have filed a joint motion to continue the hearing on defendants' motions. The parties are advised that an unopposed motion may be deemed a consent to the granting of that motion. *See* CIV. L.R. 7.1(f.3.c).

**IT IS SO ORDERED.**

DATED: May 14, 2008

                                           M. James Lorenz
                                           United States District Court Judge

COPY TO:

HON. CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL