FRED M. PLEVIN (SBN 126185)
SANDRA L. MCDONOUGH (SBN 193308)
ALBERT R. LIMBERG (SBN 211110)
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON** LLP
401 B Street, Tenth Floor
San Diego, California 92101-4232
Telephone: 619-237-5200
Facsimile: 619-615-0700

AMY S. GONZALEZ (SBN 181745)
**SAN DIEGO COUNTY REGIONAL AIRPORT AUTHORITY**
3225 N. Harbor Drive
San Diego, CA 92138
Telephone: 619-400-2425
Facsimile: 619-400-2428

Attorneys for Defendants
SAN DIEGO COUNTY REGIONAL AIRPORT
AUTHORITY and THELLA BOWENS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ,<br><br>     Plaintiff,<br><br>v.<br><br>SAN DIEGO COUNTY REGIONAL AIRPORT AUTHORITY, a public entity; and DOES 1 through 12, inclusive,<br><br>     Defendants. | CASE NO. 08 CV 0184 L CAB<br><br>**JOINT MOTION AND STIPULATION TO HOLD IN ABEYANCE DEFENDANT SAN DIEGO COUNTY REGIONAL AIRPORT AUTHORITY'S MOTION FOR JUDGMENT ON THE PLEADINGS AND DEFENDANT THELLA BOWENS' MOTION TO DISMISS**<br><br>Date:    May 19, 2008<br>Time:   10:30 a.m.<br>Judge:  Hon. James Lorenz<br>Crtrm.  14 |

WHEREAS, the parties have entered into an oral agreement to resolve this matter and the parties are currently negotiating the terms of a mutually satisfactory written settlement agreement;

WHEREAS, if the parties are able to resolve this matter, the May 19, 2008 hearings on the defendant San Diego County Regional Airport Authority's motion for judgment on the pleadings and defendant Thella Bowens' motion to dismiss will not be necessary; and

WHEREAS, the settlement agreement will likely not be finalized prior to the May 19,

---

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

JOINT MOTION TO HOLD IN ABEYANCE
MOTION TO DISMISS AND MJOP

1

08 CV 0184 L CAB

2008 hearing date.

THEREFORE, the parties by and through their respective counsel, Sandra L. McDonough of Paul, Plevin, Sullivan & Connaughton, LLP on behalf of defendants and Cathryn Chinn on behalf of plaintiff Jose Hernandez, hereby stipulate to hold the hearing on the motion for judgment on the pleadings and motion to dismiss in abeyance for thirty days, or for a longer period more convenient for the court, in order to allow the parties sufficient time to enter into a mutually satisfactory written settlement agreement and present the court with a stipulation for dismissal of this action with prejudice. In the event the parties are unable to enter into a mutually satisfactory written settlement agreement, the hearing on the above-referenced motions will take place on a date convenient for the court, as set forth in the concurrently filed proposed order.

SO STIPULATED AND AGREED:

Dated: May 14, 2008

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By: /s/ Sandra L. McDonough
   FRED M. PLEVIN
   SANDRA L. MCDONOUGH
   ALBERT R. LIMBERG
   Attorneys for Defendants
   SAN DIEGO COUNTY REGIONAL
   AIRPORT AUTHORITY and THELLA
   BOWENS

Dated: May 14, 2008

LAW OFFICES OF CATHRYN CHINN

By: /s/ Cathryn Chinn
   CATHRYN CHINN
   Attorneys for Plaintiff
   JOSE HERNANDEZ