UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ,<br><br>    Plaintiff,<br><br>v.<br><br>SAN DIEGO REGIONAL AIRPORT AUTHORITY, *et al.*,<br><br>    Defendant. | Civil No. 08cv184 L(CAB)<br><br>**ORDER GRANTING JOINT MOTION TO HOLD PENDING MOTIONS IN ABEYANCE [doc. #22]** |

The parties have entered into an oral agreement to resolve this action and are negotiating the terms of a written settlement agreement that is likely to be finalized prior to the May 19, 2008 hearing date on defendants' motion to dismiss and motion for judgment on the pleadings. Accordingly, the parties have filed a joint motion to hold in abeyance the hearing on the motions for at least thirty days.

Good cause appearing, the parties' joint motion is **GRANTED.** The May 19, 2008 hearing on the motions [doc. #14, 16] is **VACATED**. In the event a settlement is not reached, hearing on the motion for judgment on the pleadings to dismiss is set for June 23, 2008.

**IT IS SO ORDERED.**

DATED: May 14, 2008

                         M. James Lorenz
                         United States District Court Judge

COPY TO:

HON. CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL