UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>SAN DIEGO COUNTY REGIONAL AIRPORT AUTHORITY; THELLA BOWENS; and DOES 1 through 12, inclusive,<br><br>　　　　　　　　　　　Defendants. | Civil No.   08cv0184-L (CAB)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

　　　The parties have represented to the Court that the case has settled.  Accordingly, IT IS HEREBY ORDERED:

　　　1.　　The Case Management Conference scheduled for May 27, 2008 shall be VACATED.

　　　2.　　A Joint Motion for Dismissal shall be electronically filed on or before **June 23, 2008**.[1]  On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable M. James Lorenz, shall be emailed to the chambers of the Honorable Cathy Ann Bencivengo.[2]

///

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

[2] *See id.* § h, for the chambers' official email address and procedures on emailing proposed orders.

- 1 -

08cv0184

3. If a Joint Motion for Dismissal and proposed order for dismissal are not submitted on or before June 23, 2008, then a Settlement Disposition Conference shall be held on **June 24, 2008**, at **9:30 a.m.** before Judge Bencivengo.  The conference shall be telephonic, with attorneys only.  Counsel for Plaintiff shall initiate and coordinate the conference call.

4. If a Joint Motion for Dismissal and proposed order for dismissal are received on or before June 23, 2008, the Settlement Disposition Conference shall be VACATED.

DATED: May 27, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge