

**Hernandez**                                              **08cv0184-L (CAB)**

**-v-**

**San Diego County Regional Airport Authority**

# STRICKEN DOCUMENT

**26-Joint Motion to Dismiss**

**26**