# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES AND ORDER THEREON

| | |
|---|---|
| CASE NO.: | **08cv0184-L (CAB)** |
| CASE TITLE: | **Hernandez v. San Diego County Regional Airport Authority** |
| E-FILED DATE: | **7/14/08**     DOCKET NO.:    **26** |
| DOCUMENT TITLE: | **Joint Motion to Dismiss** |
| DOCUMENT FILED BY: | **Sandra McDonough** |

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

| X | Civil Local Rule or Electronic Case Filing Administrative Policies and Procedures Manual provision ("ECF") | Discrepancy |
|---|---|---|
| | ECF § 2(a), (g) | Docket entry does not accurately reflect the document(s) filed |
| | ECF § 2(d) | Lacking certificate of service |
| | ECF § 2(f) | Lacking proper signature |
| | ECF § 2(g) | Multiple pleadings in one docket entry not separated out as attachments |
| X | ECF § 2(h) | **Includes a proposed order or requires judge's signature** |
| | Civ. L. Rule 5.1 | Missing time and date on motion and/or supporting documentation |
| | Civ. L. Rule 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| | Civ. L. Rule 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| | Civ. L. Rule 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| | Civ. L. Rule 7.1 | Missing table of contents |
| | Civ. L. Rule 15.1 | Amended pleading not complete in itself |
| X | | OTHER: **Document does not comply with the Court's 5/27/08 order [doc. no. 24], which requires that the joint motion be <u>filed</u> and the proposed order be <u>emailed</u>.** |

**IT IS HEREBY ORDERED**:

| | |
|---|---|
| | The document is accepted despite the discrepancy noted above. Any further non-compliant documents may be stricken from the record. |
| X | The document is rejected. It is ordered that the Clerk **STRIKE** the documents from the record, and serve a copy of this order on all parties.  ***Counsel shall resubmit the dismissal documents upon receipt of this order.*** |

Counsel is advised that any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1.

DATED: July 15, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge