1  FRED M. PLEVIN (SBN 126185)
   SANDRA L. MCDONOUGH (SBN 193308)
2  ALBERT R. LIMBERG (SBN 211110)
   **PAUL, PLEVIN, SULLIVAN & CONNAUGHTON** LLP
3  401 B Street, Tenth Floor
   San Diego, California 92101-4232
4  Telephone: 619-237-5200
   Facsimile: 619-615-0700
5

6  AMY S. GONZALEZ (SBN 181745)
   **SAN DIEGO COUNTY REGIONAL AIRPORT**
7  **AUTHORITY**
   3225 N. Harbor Drive
8  San Diego, CA 92138
   Telephone: 619-400-2425
9  Facsimile: 619-400-2428

10 Attorneys for Defendants
   SAN DIEGO COUNTY REGIONAL AIRPORT
11 AUTHORITY and THELLA BOWENS

12

13                    UNITED STATES DISTRICT COURT

14                   SOUTHERN DISTRICT OF CALIFORNIA

15 | JOSE HERNANDEZ,                          | CASE NO. 08 CV 0184 L CAB
16 |                Plaintiff,                | **JOINT STIPULATION AND MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE DUE TO SETTLEMENT**
17 |        v.                                |
18 | SAN DIEGO COUNTY REGIONAL                |
   | AIRPORT AUTHORITY, a public entity;      | Judge:            Hon. James M. Lorenz
19 | and DOES 1 through 12, inclusive,        | Crtrm.            14
   |                                          | Magistrate Judge: Hon. Cathy Ann Bencivengo
20 |                Defendants.               | Crtrm.            1131

---

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

JOINT STIP AND MOTION FOR DISMISSAL                                08 CV 0184 L CAB

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the above-referenced action be and hereby is dismissed with prejudice in
3  its entirety against all defendants pursuant to Federal Rules of Civil Procedure 41(a)(1).
4  IT IS SO STIPULATED.

Dated: July 16, 2008

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By: /s/ Sandra L. McDonough
FRED M. PLEVIN
SANDRA L. MCDONOUGH
ALBERT R. LIMBERG
Attorneys for Defendants
SAN DIEGO COUNTY REGIONAL AIRPORT AUTHORITY and THELLA BOWENS

Dated: July 16, 2008

LAW OFFICES OF CATHRYN CHINN

By: /s/ Cathryn Chinn
CATHRYN CHINN
Attorneys for Plaintiff
JOSE HERNANDEZ

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

JOINT STIP AND MOTION FOR DISMISSAL    1    08 CV 0184 L CAB