UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE HERNANDEZ, | ) | Civil No. 08cv184 L(CAB) |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING JOINT** |
| | ) | **MOTION TO DISMISS ACTION** |
| v. | ) | **WITH PREJUDICE** [doc. #28] |
| | ) | |
| SAN DIEGO REGIONAL AIRPORT AUTHORITY, *et al.*, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Good cause appearing, the parties' joint motion for voluntary dismissal with prejudice of the above-captioned case due to settlement is **GRANTED.** The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

DATED: July 17, 2008

_____
M. James Lorenz
United States District Court Judge

COPY TO:

HON. CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

08CV184

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28